AO 93C  (08/18)  Warrant by Telephone or Other Reliable Electronic Means

❏ Original          ❏ Duplicate Original

# UNITED STATES DISTRICT COURT

### for the

### Eastern District of Kentucky

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Priority Mail pacakge with tracking number<br>9505 5138 0272 6041 6526 30 | )<br>)<br>)<br>)<br>)<br>) |

Case No.  5:26-MJ-3020-EBA

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____Eastern_____ District of _____Kentucky_____ *(identify the person or describe the property to be searched and give its location)*:

Priority Mail package with tracking number 9505 5138 0272 6041 6526 30, which is currently located at the United States Postal Inspection Service in Lexington, Kentucky.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Controlled substances under federal law (to wit, any marijuana, heroin, cocaine, methamphetamine, and/or ecstacy.)

**YOU ARE COMMANDED** to execute this warrant on or before _____2/27/2026_____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.      ❏ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Edward B. Atkins_____ .
*(United States Magistrate Judge)*

❏ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
❏ for _____ days *(not to exceed 30)*     ❏ until, the facts justifying, the later specific date of _____ .

Signed By:
*Edward B. Atkins*  *EBA*
**United States Magistrate Judge**

Date and time issued:    2/13/2026 3:30 p.m.

*Judge's signature*

City and state:    Frankfort, Kentucky

United States Magistrate Judge
*Printed name and title*

AO 93C  (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return |
|---|

| Case No.:<br>5:26-MJ-3020-EBA | Date and time warrant executed:<br>02/18/2026 @ 10:30am | Copy of warrant and inventory left with:<br>US Postal Service |
|---|---|---|

| Inventory made in the presence of :<br>Det. Ben Hallock (Lex PD) |
|---|

Inventory of the property taken and name(s) of any person(s) seized:

1. Two vacuum-sealed bags, weighing approximately 2.2lbs of a white crystal-like substance that has presumptively tested positive for Methamphetamine (Schedule II)

2. Two cardboard cylindrical containers used to conceal Methamphetamine

| Certification |
|---|

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:  02/18/2026

*Darren Hess*
*Executing officer's signature*

Darren Hess, US Postal Inspector
*Printed name and title*